■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REINALDO RICHARDS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Douglass, J.), rendered April 21, 1987, convicting him of criminal sale of a controlled substance in the third degree (three counts), criminal possession of a controlled substance in the third degree (three counts), criminal possession of a controlled substance in the fourth degree, and criminal possession of a controlled substance in the seventh degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The closure of the courtroom was proper since the court determined at a hearing that the undercover police officer was still operating in the community, and closure was necessary to protect his safety and the integrity of ongoing investigations *(see, People v Jones,* 47 NY2d 409, *cert denied* 444 US 946).

The defendant's claim that his sentence was excessive is without merit *(see, People v Suitte,* 90 AD2d 80, 85).

Finally, the defendant's remaining contention is unpreserved for appellate review. Mangano, J. P., Lawrence, Kooper and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT RIVERA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered November 12, 1985, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Lawrence, Kooper and Harwood, JJ., concur.